BEFORE THE SECOND DIVISION, APRIL 9, 1963

No. 67586.—F. B. Vandegrift & Co., Inc. *v.* United States, protest 317010–K (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 67587.—Paul E. Sernau, Inc. *v.* United States, protests 61/23542 and 62/10104 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.